USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/20/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

EDWARD PARKER,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, and SGT. FREDY CRUZ
(Shield #887), P.O. BRENDAN REGAN (Shield #29010), and
P.O. RICHARD BABOOLAL (Shield #675) individually and
in their official capacities,,

                              Defendants.
----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 1348 (ER)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Treyvus & Konoski, P.C.
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
Bryan Konoski

Dated: New York, New York
Nov. 20, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendant City*
100 Church Street, Rm. 3-208
New York, New York 10007

By: _____
Beath, Patrick
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE